(January 5.)

**ALEXANDER E. HOSACK** *et al.*, Exrs., *v.* N. ROGERS *et al.*

J. Blunt for complainants. A. G. Rogers for defendants.

Petition to suppress testimony of S. Rogers, and to compel E. N. Rogers to answer interrogatory overruled by master, denied, with costs to be taxed.

---

**JULIUS RHOADES**, Trustee, *et al.*, *v.* **PHINEHAS CANFIELD** *et al.*

*Mortgages to trustee—Left simultaneously for record—Priority.*

J. Rhoades for complainants. A. Dana for defendants.

Decided that the loss upon the two mortgages, taken at the same time to J. Porter as trustee, must be sustained ratably by the *cestuis que trust*, notwithstanding one mortgage was recorded a few moments before the other; as the trustee was not a *bona fide* mortgagee without notice, so as to make the time of recording material.

---

**LEVINUS A. LANSING** *v.* T. **FERGUSON** *et al.*

*Costs payable by one making false claim.*

L. G. Lansing for Parr.

Order to pay Parr the amount reported due him, and half the taxable costs on reference, etc., and that Tompkins, who has made a false claim upon the surplus moneys, pay the other half of such taxable costs.

---

**GRACE T. WALTON** *v.* **ANTHONY DEY.**

S. W. Jones for complainant. C. F. Grim for defendant.

*2] Exceptions *to the master's report overruled, with costs, without prejudice to certain rights of the defendant upon the hearing on the equity reserved.